UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MORRIS LYNN JOHNSON, | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. 12-0542 (RJL) |
| U.S. PAROLE COMMISSION, | ) | |
| Respondent. | ) | |

## MEMORANDUM OPINION

August 2nd, 2012

Petitioner "moves this Honorable court for issuance of a writ of Habeas Corpus, ordering the reinstatement, or [termination of] his Parole pursuant to 28 U.S.C. § 2241." Pet. at 1 [Dkt. #1]. A habeas action is subject to jurisdictional and statutory limitations. *See Braden v. 30th Judicial Cir. Ct. of Ky.*, 410 U.S. 484 (1973). The proper respondent in a habeas corpus action is the petitioner's warden, *Rumsfeld v. Padilla*, 542 U.S. 426, 434-35 (2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998) (citing *Chatman-Bey v. Thornburgh*, 864 F.2d 804, 810 (D.C. Cir. 1988)), and "a district court may not entertain a habeas petition involving present physical custody unless the respondent custodian is within its territorial jurisdiction," *Stokes v. U.S. Parole Comm'n*, 374 F.3d 1235, 1239 (D.C. Cir. 2004). Therefore, the Court will grant respondent's motion to transfer this matter to the district in which petitioner currently is incarcerated, the Southern District of Indiana. An Order is issued separately.

RICHARD J. LEON
United States District Judge